IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VERNON ROBINSON,

    Plaintiff,

v.                                                     CASE NO. 4:09-cv-00333-SPM-AK

G ARLINE, et al,

    Defendants.

_____/

**O R D E R**

This matter is before the Court upon the filing of Plaintiff's Second Amended Complaint. (Doc. 12). From a review of the complaint, it is evident that the facts as presented fail to state a claim upon which relief can be granted. Further, Plaintiff has not responded truthfully about prior cases filed in this court which is grounds for dismissal. See Rule 11(c), Federal Rules of Civil Procedure, and Hood v. Tompkins, 197 Fed Appx. 818, 819 (11th Cir. 2006). Plaintiff claims he is "not sure" about previous lawsuits, but he has filed three other lawsuits in this court: 4:07cv436-RH/WCS; 4:07cv441-MP/WCS; and 4:05cv282-MP/WCS. None of these cases is so old that Plaintiff may have forgotten about them.

The Court is also concerned that the claims raised are time barred by the applicable statute of limitations. Plaintiff complains about actions taken regarding incentive gain time that resulted in his conditional release in 1996. While he mentions some act on July 21, 2008, it is unclear what he is referring to except perhaps grievance responses, but the limitations period runs from the date the facts supporting the cause of action are apparent or would be apparent to a reasonable person, and when the plaintiff knows or has reason to know of his injury. Mullinax v.


McElhenney, 817 F.2d 711, 716 (11th Cir. 1987) (and cases cited). The statute of limitations for a claim brought in Florida pursuant to 42 U.S.C. §1983 is four years. Baker v. Gulf & Western Industries, Inc., 850 F.2d 1480 (1988); Owens v. Okure, 488 U.S. 235, 109 S. Ct. 573, 102 L. Ed. 2d 594 (1989). Thus, Plaintiff must file a third amended complaint and explain his lack of truthfulness about the prior cases and provide facts supporting that his cause of action began on some date other than 1996. He shall do this in five pages or less as he was told to do previously and use the complaint form and format mailed to him which instructs that he name each defendant and list beside them his claims against them.

Accordingly, it is hereby

**ORDERED:**

1. The clerk of court shall forward to Plaintiff another Section 1983 form.

2. Plaintiff must respond to this order by **April 23, 2010.**

3. **Failure of Plaintiff to respond to this order may result in the dismissal of his lawsuit.**

DONE AND ORDERED this 8th day of April, 2010.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge